IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § § § | |
| v. | § § | Criminal Action No. 2:19-CR-00101-Z-BR |
| ARMANDO ALEXIS MARTINEZ JIMENEZ a/k/a Armando Alex Martinez | § § § § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

On November 1, 2019, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Armando Alexis Martinez Jimenez filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Amended Factual Resume, Amended Plea Agreement, and Amended Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Armando Alexis Martinez Jimenez was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Armando Alexis Martinez Jimenez; and ADJUDGES Defendant Armando Alexis Martinez Jimenez guilty of Count One in violation of 18 U.S.C. §§ 371. Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, November 18, 2019.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE